435 A.2d 636

Commonwealth v. Anderson, Appellant.

* Judge Vincent A. Cirillo, of the Court of Common Pleas of Montgomery County, Pennsylvania is sitting by designation.

Submitted April 16, 1980. John F. Salopek, for appellant; John L. Brown, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.